McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 17-CR-00264-LJO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DATE TO FILE INFORMAL OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT; ORDER |
| v. | |
| OSCAR BAZAN, | DATE: January 27, 2020 |
| Defendant. | TIME: 8:30 a.m. COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is set for sentencing January 27, 2020.

2. The Draft PSR was submitted by the U.S. Probation Office on December 16, 2019. Pursuant to Local Rule 460, informal objections were due to the PSR on December 30, 2019. Given the holidays, government counsel inadvertently missed the December 30, 2019 deadline. On January 3, 2020, the U.S. Probation Office submitted the Final PSR.

3. On January 6, 2020, government counsel contacted the Probation Officer and Defense Counsel about the PSR, and missing the informal objection deadline. The Probation Officer requested that counsel seek input from the Court, but indicated that if it would assist the Court, the Probation Officer would be willing to address the government's informal objection, and adjust the PSR if needed.

The government seeks additional time to file informal objections to the PSR.

    a)      By this stipulation, the government seeks additional time, to Wednesday January 8, 2020, to file informal objections to the PSR.

    b)      The Probation Officer would then submit a Final PSR by January 13, 2020. Counsel would have 7 days (or until January 20, 2020) to file Objections to the Final PSR.

    c)      The defendant does not object to the continuance and the revised schedule.

    d)      The Probation Officer does not object to the continuance and the revised schedule.

IT IS SO STIPULATED.

Dated: January 7, 2020            McGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ JEFFREY A. SPIVAK
                                          JEFFREY A. SPIVAK
                                          Assistant United States Attorney

Dated: January 7, 2020            /s/ Patrick Aguirre
                                          Patrick Aguirre
                                          Counsel for Defendant
                                          OSCAR BAZAN
                                          (as approved by email 1/7/2020)

**ORDER**

IT IS SO ORDERED.

    Dated:   **January 8, 2020**             **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE