MCGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 17-CR-00264-LJO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DEADLINE FOR DEFENDANT TO FILE FORMAL OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT |
| v. | |
| OSCAR BAZAN, | DATE: January 27, 2020 |
| Defendant. | TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is set for sentencing January 27, 2020. By prior stipulation and order, the Defendant's objections to the revised final PSR were set to be due on January 20, 2020.

2. The defendant needs three additional days (given the holiday and a calendaring conflict), to January 23, 2020 to file objections to the revised final PSR. The government does not oppose the continuance, and does not intend to file any formal objections to the revised final PSR. The government will respond to the defendant's objections no later than January 24, 2020, and will endeavor to file a response sooner than that.

///

///

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 17, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated: January 17, 2020 | /s/ Patrick Aguirre<br>Patrick Aguirre<br>Counsel for Defendant<br>OSCAR BAZAN<br>(as approved by email 1/17/2020) |

**ORDER**

IT IS SO ORDERED.

Dated: **January 21, 2020**     /s/ Lawrence J. O'Neill
                             UNITED STATES DISTRICT JUDGE